IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JHONNATAN A. COTO-HENRIQUEZ, | : | CIVIL ACTION NO. 1:23-CV-271 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | : | |
| Respondents | : | |

### ORDER

AND NOW, this 2nd day of March, 2023, upon consideration of the petition for writ of habeas corpus (Doc. 1) and petitioner's motion for leave to proceed *in forma pauperis* (Doc. 4), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Petitioner's motion for leave to proceed *in forma pauperis* (Doc. 4) is GRANTED.

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED WITHOUT PREJUDICE.

3. The Clerk of Court is directed to CLOSE this case.

/S/ Christopher C. Conner
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania